**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-4746**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMIE ALLEN JONES,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CR-95-20)

———————————

Submitted:  February 24, 2000         Decided:  March 1, 2000

———————————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David W. Frame, Clarksburg, West Virginia, for Appellant.  Melvin W. Kahle, Jr., United States Attorney, Thomas O. Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie Allen Jones appeals the judgment order of the district court sentencing him to three-years' imprisonment based on Jones' violation of his supervised release terms. Jones claims that the court relied on improper hearsay evidence and that its findings were not supported by a preponderance of the evidence. Our independent review of the record reveals no error. Accordingly, we affirm the judgment order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED